IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

WILLIAM CLARK, et al,         *
                              *
    Plaintiffs,               *
                              *
vs.                           *   No. 2:07-CV-190-WKW
                              *
                              *
                              *
GOVERNOR BOB RILEY, et al.    *
                              *
    Defendants.               *

## NOTICE OF APPEARANCE

Please take notice that the law firm of ***Beers, Anderson, Jackson, Patty, Van Heest & Fawal, P.C.***, and Attorney James H. Anderson do hereby file a notice of appearance as additional counsel for the plaintiff in the above-referenced cause.

_____
JAMES H. ANDERSON (AND021)

**Of Counsel:**

BEERS, ANDERSON, JACKSON,
PATTY, VAN HEEST, & FAWAL, P.C.
P. O. Box 1988
Montgomery, Alabama 36102-1988
(334) 834-5311
(334) 834-5362 fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

**John Brantley Crawley**
MY ALABAMA LAW FIRM
8115 AMBER COURT
MONTGOMERY, AL 36117

**Jesse Cecil Gardner**
**Michael Vance McCrary**.
Gardner, Middlebrooks, Gibbons, Kittrell,
Olsen, Walker & Hill, P.C.
P.O. Drawer 3103
Mobile, AL 36652

**Scott Lee Rouse**
Office of the Governor
State Capitol
600 Dexter Avenue
Suite NB-05
Montgomery, AL 36130

**Kenneth Dallon Wallis, II**
Office of the Governor
State Capitol
600 Dexter Avenue, Suite NB-05
Montgomery, AL 36104

**Kenneth Lamar Thomas**
**Christopher Kyle Whitehead**
Thomas Means Gillis & Seay PC
PO Drawer 5058
Montgomery, AL 36103-5058

by placing same in the U. S. Mail, postage prepaid on this the 30th day of March, 2007.

_____
Of Counsel

Not-Appear