IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | | |
|---|---|---|
| WILLIAM CLARK, et al., | * | |
| Plaintiffs, | * | |
| vs. | * | CASE NO. NO. 2:07-CV-190-WKW |
| GOVERNOR BOB RILEY, et al., | * | |
| Defendants. | * | |

## PLAINTIFFS' MOTION TO REMAND IN PART AND FOR SUMMARY JUDGMENT IN PART

Plaintiffs hereby move to remand the claims of Plaintiffs Clark and Figures to state court. Plaintiffs also hereby move for summary judgment in favor of Plaintiff Reed. The reasons for this motion are set forth in the accompanying brief, which is also a brief in opposition to Defendants' motion to dismiss.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFFS

s/J. Cecil Gardner
J. Cecil Gardner (GAR039)
M. Vance McCrary (MCC134)
THE GARDNER FIRM, P. C.
P. O. Box 3103
Mobile, Alabama 36602
Telephone: (251) 433-8100
Fax: (251) 433-8181
E-mail: cgardner@gmlegal.com
       mvancemccrary@gmlegal.com

1

John B. Crawley, Esq.
8115 Amber Street
Montgomery, AL 36117
Telephone (334) 277-9045 or (334) 546-9045
E-mail: jbcsjc@charter.net

James H. Anderson, Esq.
Beers, Anderson, Jackson, Patty,
Van Heese & Fawal, P. C.
P. O. Box 1988
Montgomery, AL 36102-1988
(334) 834-5311
Fax: (334) 834-5362
E-mail:  janderson@beersanderson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following**:   Scott Lee Rouse, Esq. , Kenneth Lamar Thomas, Esq., Kenneth Dallon Wallis, II. Esq. Christopher Kyle Whitehead, Esq.**

s/J. Cecil Gardner