# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# NORTHERN DIVISION

| | |
|---|---|
| WILLIAM CLARK, THOMAS FIGURES and DR. JOE L. REED, ) ) ) | |
| Plaintiffs, ) ) | C.V. NO. 2:07-CV-190-WKW |
| v. ) ) | Removed from the Circuit Court |
| GOVERNOR BOB RILEY, in his official Capacity, and ELTON DEAN, in his Official capacity as Chair of the Board of Trustees of Alabama State University, ) ) ) ) ) ) | of Montgomery County, Alabama Case No. 03-CV-2007-900076.00 |
| Defendants. ) | |

## NOTICE OF APPEARANCE

**COMES NOW** Ramadanah Salaam-Jones of **THOMAS, MEANS, GILLIS & SEAY, P.C.** and file her Notice of Appearance as Counsel for the Defendant Elton Dean. Counsel respectfully requests that any and all matters pertaining to said Defendant be brought to her attention.

Respectfully submitted,

/s/ Ramadanah M. Salaam-Jones
Ramadanah M. Salaam-Jones (SAL026)

**OF COUNSEL:**

**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court
Post Office Drawer 5058
Montgomery, AL. 36103-5058
Telephone:   (334) 270-1033
Facsimile:   (334) 260-9396

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing on the following counsel of record by placing same in the United States Mail, properly addressed and first class postage prepaid on this 4th day of April, 2007.

      J. Cecil Gardner, Esq.
      M. Vance McCrary, Esq.
      The Gardner Firm, P.C.
      P.O. Box 3103
      Mobile, Alabama 36602

      John B. Crawley, Esq.
      8115 Amber Street
      Montgomery, Alabama 36117

      Scott L. Rouse
      Office of the Governor
      State Capitol, Suite NB-05
      Montgomery, Alabama 36130

                                          /s/ Ramadanah M. Salaam-Jones
                                          OF COUNSEL