IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Dr. Joe L. Reed )
)
Plaintiff, )
)
v. ) CASE NO. 2:07-cv-190-WKW
)
Bob Riley, et al )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Dr. Joe Reed, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

6/21/2007
Date

s/ J. Cecil Gardner
(Signature)

J. Cecil Gardner
(Counsel's Name)

Dr. Joe L. Reed
Counsel for (print names of all parties)

1119 Government Street
Mobile, Alabama 36604
Address, City, State Zip Code

251-433-8100
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

### CERTIFICATE OF SERVICE

I, J. Cecil Gardner, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21 day of June 20 07, to:

Kenneth Dallon Wallis, II, Esq.

Scott Lee Rouse, Esq.

Christopher Kyle Whitehead, Esq.

Kenneth Lamar Thomas, Esq.

6/21/2007
Date

s/ J. Cecil Gardner
Signature