### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA,
### NORTHERN DIVISION

| | |
|---|---|
| DR. JOE L. REED, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) Case No.: 2:07-CV-190-WKW |
| | ) |
| GOVERNOR BOB RILEY, in his | ) |
| Official capacity, and ELTON DEAN, in | ) |
| his official capacity as Chair of the | ) |
| Board of Trustees of Alabama State | ) |
| University, | ) |
| | ) |
|     Defendants. | ) |

## MOTION TO WITHDRAW

Christopher K. Whitehead hereby moves this Court to enter an Order allowing him to withdraw as counsel on behalf of the Defendant, Elton Dean in the above entitled action.  As grounds for this motion, counsel would offer that he will no longer be employed with the firm of Thomas, Means, Gillis, and Seay. P.C. after November 26, 2007.  The Defendant will continue to be represented by other members of the firm.

Respectfully submitted this the 19th day of November, 2007.

/s Christopher K. Whitehead
**CHRISTOPHER K. WHITEHEAD (WHI105)**
**Attorney for Plaintiff, Elton Dean**

OF COUNSEL:
THOMAS, MEANS, GILLIS & SEAY, P.C.
3121 Zelda Court
P.O. Drawer 5058
Montgomery, Alabama  36106
(334) 270-1033
(334) 260-9396 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following

by E-File and by placing a copy in the United States mail, postage prepaid and properly

addressed this the 19th day of November, 2007.


J. Cecil Gardner                         John B. Crawley
M. V ace McCrary                         8115 Amber Street
THE GARDNER FIRM, P.C.                    Montgomery, AL. 36117
Post Office Box 3103
Mobile, AL. 36602


Kenneth D. Wallis, II                    James H. Anderson
Scott L. Rouse                           BEERS, ANDERSON, JACKSON
Office of the Governor                     PATTY, VAN HEESE & FAWAL, P.C.
State Capitol, Suite NB-05               Post Office Box 1988
600 Dexter Avenue                        Montgomery, AL. 36102-1988
Montgomery, AL. 36130



                                         /s/ Christopher K. Whitehead_____
                                         **OF COUNSEL**