IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE L. REED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-0190-WKW |
| | ) |
| BOB RILEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motion to Withdraw (Doc. # 25), it is ORDERED that the motion is GRANTED and Christopher K. Whitehead is withdrawn from the case for good cause.

DONE this the 21st day of November, 2007.

                                                /s/ W. Keith Watkins
                                                UNITED STATES DISTRICT JUDGE