UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
Northern Division

File No. 2:07-cv-190-WKW

| | |
|---|---|
| DR. JOE L. REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF APPEAL |
| ) | |
| GOVERNOR BOB RILEY, in his official ) | |
| capacity, and ELTON DEAN, in his official ) | |
| capacity as Chair of the Board of Trustees ) | |
| of Alabama State University, ) | |
| ) | |
| Defendants. ) | |

## JOINT NOTICE OF APPEAL

Notice is hereby given that Joe Reed, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit, from the final judgment dated March 31, 2008, and from all adverse rulings in the case including the grant of Defendants' motion to dismiss and the denial of Plaintiff's motion for summary judgment.

Plaintiffs Figures and Clark hereby give notice that they appeal, to the United States Court of Appeals for the Eleventh Circuit, from the June 6, 2007, order denying their motion to remand and dismissing their claims, and from the March 31, 2008 final judgment that made the earlier ruling final and appealable.[1]

---

[1] Plaintiffs Figures and Clark are absent from the caption of this notice, in compliance with the June 6 order. However, the dismissal of their claims was not made final under Rule 54, and so they could not appeal the rulings against them until entry of a final judgment on Plaintiff Reed's claims.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF

*/s/ J. Cecil Gardner*

J. Cecil Gardner
M. Vance McCrary
THE GARDNER FIRM, P. C.
P. O. Box 3103
Mobile, Alabama 36602
Telephone: (251) 433-8100
Fax: (251) 433-8181
E-mail: cgardner@thegardnerfirm.com
vmccrary@thegardnerfirm.com

John B. Crawley, Esq.
8115 Amber Street
Montgomery, AL 36117
Telephone (334) 277-9045 or (334) 546-9045
E-mail: jbcsjc@charter.net

James H. Anderson, Esq.
Beers, Anderson, Jackson, Patty,
Van Heese & Fawal, P. C.
P. O. Box 1988
Montgomery, AL 36102-1988
(334) 834-5311
Fax: (334) 834-5362
E-mail: janderson@beersanderson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2008, I have served a copy of the foregoing by placing the same in the United States Mail, properly addressed and first class postage prepaid on this 9th day of April, 2008, upon the following:

**Kenneth Dallon Wallis, II**
Office of the Governor
State Capitol
600 Dexter Avenue, Suite NB-05
Montgomery, AL 36104

**Scott Lee Rouse**
Office of the Governor
State Capitol
600 Dexter Avenue
Suite NB-05
Montgomery, AL 36130

**Kenneth Lamar Thomas**
Thomas Means Gillis & Seay PC
PO Drawer 5058
Montgomery, AL 36103

_____
J. CECIL GARDNER