```
CORRECTED

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004660
Cashier ID: kburkhar
Transaction Date: 04/10/2008
Payer Name: THE GARDNER LAW PC
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: JOE REED
 Case/Party: D-ALM-2-07-CV-000190-001
 Amount:         $455.00
------------------------------------
CHECK
 Remitter: THE GARDNER FIRM PC
 Check/Money Order Num: 19413
 Amt Tendered: $455.00
------------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

DALM207CV190-WKW

NOTICE OF APPEAL
REED V RILEY ET AL
```