IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE L. REED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-0190-WKW |
| | ) |
| BOB RILEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the plaintiff's Motion for Injunction Pending Appeal (Doc. # 34), it is ORDERED that the defendants shall respond in writing **on or before May 30, 2008**.

DONE this 7th day of May, 2008.

                                      /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE