IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | |
|---|---|
| DR. JOE L. REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:07-cv-190-WKW |
| ) | |
| GOVERNOR BOB RILEY, in his official ) | |
| capacity, and ELTON DEAN, in his official ) | |
| capacity as Chair of the Board of Trustees ) | |
| of Alabama State University, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF RECENT DEVELOPMENT RELEVANT TO CURRENTLY PENDING RULE 62(c) MOTION

Plaintiff Joe L. Reed respectfully makes this submission, to note a recent development that is relevant to Reed's motion for an injunction pending appeal.

The development is that, by notice from the Clerk dated July 22, the United States Court of Appeals for the Eleventh Circuit has tentatively set the case for oral argument during the week of November 17, 2008. This means that it is now practically certain that the appeal will still be pending as of September 30, 2008, which is the date on which the dispute between the parties will likely come to a head. The Eleventh Circuit's selection of this case for oral argument also demonstrates that the case is not a simple one.

This oral argument setting therefore makes it all the more appropriate that this Court grant Dr. Reed's motion for an injunction pending appeal.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFFS

s/J. Cecil Gardner
J. Cecil Gardner
M. Vance McCrary
THE GARDNER FIRM, P. C.
P. O. Box 3103
Mobile, Alabama 36602
Telephone: (251) 433-8100
Fax: (251) 433-8181
E-mail: cgardner@thegardnerfirm.com
vmccrary@thegardnerfirm.com

James H. Anderson, Esq.
Beers, Anderson, Jackson, Patty,
Van Heese & Fawal, P. C.
P. O. Box 1988
Montgomery, AL 36102-1988
(334) 834-5311
Fax: (334) 834-5362
E-mail: janderson@beersanderson.com


**CERTIFICATE OF SERVICE**

I hereby certify that on this 31ST day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following**:    Scott Lee Rouse, Esq. , Kenneth Lamar Thomas, Esq., Kenneth Dallon Wallis, II. Esq. Christopher Kyle Whitehead, Esq.**


s/J. Cecil Gardner

2