IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| DR. JOE L. REED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A.N.:2:07-CV-190-WKW |
| v. | ) |
| | ) |
| GOVERNOR BOB RILEY, in his official | ) |
| Capacity, and ELTON DEAN, in his | ) |
| Official capacity as Chair of the Board of | ) |
| Trustees of Alabama State University, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO WITHDRAW**

Ramadanah M. Salaam-Jones hereby moves this Court to enter an Order allowing him to withdraw as counsel on behalf of the Defendant Elton N. Dean in the above entitled action. As grounds for this motion, counsel would offer that she will no longer be employed with the firm of Thomas, Means, Gillis, and Seay. P.C. after September 5, 2008. The Defendant will continue to be represented by other members of the firm.

Respectfully submitted,

/s/ Ramadanah M. Salaam-Jones
**RAMADANAH M. SALAAM-JONES**

OF COUNSEL:
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court
P.O. Drawer 5058
Montgomery, Alabama 36106
(334) 270-1033
(334) 260-9396 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2008, I served a copy of the foregoing on the following by filing the same on this Court's electronic filing and notification system:

J. Cecil Gardner, Esq.
The Gardner Firm, P.C.
P.O. Box 3103
Mobile, AL 36652


James H. Anderson, Esq.
Beers, Anderson, Jackson,
  Patty & Fawal, P.C.
P.O. Box 1988
Montgomery, AL 36102


                                                /s/ Ramadanah M. Salaam-Jones
                                                **OF COUNSEL**